UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    5:26-cv-02788-MWC (SK)                    Date: June 16, 2026

Title    Heriberto Santos v. Dep't of Homeland Sec., et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
| None present | None present |

**Proceedings:        (IN CHAMBERS) ORDER TO SHOW CAUSE**

Given the district court's orders granting Petitioner's applications for a temporary restraining order and preliminary injunction "mandating Respondents to release Petitioner immediately under the same conditions Petitioner was subject to prior to his September 3, 2025 detention" and "enjoining Respondents from re-detaining Petitioner without providing notice and a pre-deprivation hearing before a neutral adjudicator" (ECF 10, 13), Respondents are ORDERED TO SHOW CAUSE in writing within 7 days of this order why the 28 U.S.C. § 2241 petition should not be granted consistent with the district court's orders (ECF 10, 13), subject to Respondents' preserved objections (ECF 8, 9, 12) for appeal, with final judgment entered accordingly.  If Respondents agree to that disposition, they must submit a proposed order and judgment to that effect.

IT IS SO ORDERED.